**STATE of Missouri, Respondent,**

v.

**Keith WOODS, Appellant.**

**No. 50054.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 25, 1986.

Richard A. Fredman, Private Atty., St. Louis, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

Direct appeal from jury conviction for possession of two controlled substances,

Schedule II, in violation of § 195.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).